JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. HARRISON,<br>           Petitioner,<br>    v.<br>WARDEN,<br>           Respondent. | Case No. LA CV 16-7910 ODW (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

DATED: October 31, 2016

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE